No. 230, Misc. STAMM *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 232, Misc. TAYLOR *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 233, Misc. CHACON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 234, Misc. MYERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 236, Misc. WALLE *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 237, Misc. BELK *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Charles V. Bell* for petitioner. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent.

No. 238, Misc. FURTAK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 240, Misc. DETABLAN *v.* ADMINISTRATOR, U. S. VETERANS ADMINISTRATION. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 243, Misc. RANDEL *v.* TEXAS BOARD OF PARDONS AND PAROLES ET AL. Ct. Crim. App. Tex. Certiorari denied.